# Court of Appeals
# of the State of Georgia

ATLANTA,   October 21, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0378. KELLEY GAMBLIN DIXON v. VEDENNIS DIXON.**

Kelley Gamblin Dixon seeks appellate review of a Final Judgment and decree of divorce. Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   10/21/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*